IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:10-cr-00158-LES-FG3 |
| vs. | ) | |
| | ) | ORDER |
| **RICHARD J. DASHER,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to extend the pretrial motion deadline (#149). Noting that the defendant's pretrial motion deadline expired September 20, 2010, the court finds that an extension to October 20, 2010 should be granted.

**IT IS ORDERED** that the motion of Richard J. Dasher to extend the pretrial motion deadline (#149) is granted, as follows:

1. Richard J. Dasher is given an extension of time until and including **October 20, 2010** in which to file pretrial motions.

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, **the time between today's date and October 20, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act because the failure to grant a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. 3161(h)(7)(A) & (B)(iv).

3. Defendant, Richard J. Dasher, shall file an affidavit or declaration regarding speedy trial, in compliance with NECrimR 12.1(a), no later than **October 13, 2010.**

**DATED October 4, 2010.**

BY THE COURT:

s/ F.A. Gossett, III
**United States Magistrate Judge**