IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICHARD J. DASHER,<br><br>　　　　Defendant. | 8:10-cr-00158-LSC-FG3<br><br>ORDER |

This matter is before the court on the defendant's second motion to extend the pretrial motion deadline (Filing 161). The court finds that the defendant has not shown good cause for another continuance.

**IT IS ORDERED** that the defendant's motion (Filing 161) is denied.

**DATED October 21, 2010.**

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ F.A. Gossett, III
　　　　　　　　　　　　　　　　United States Magistrate Judge